**96–1154. State ex rel. Baker v. Interstate Cold Storage, Inc.**

Franklin App. No. 95APD02–216. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–971. State ex rel. Santino v. Indus. Comm.**

Franklin App. No. 96APD05–574. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–1251. State ex rel. Presley v. Indus. Comm.**

Franklin App. No. 96APD08–1090. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–1446. State ex rel. McFadden v. Indus. Comm.**

Franklin App. No. 96APD02–225. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the application for dismissal by the Industrial Commission of Ohio,

IT IS ORDERED by the court that the application for dismissal by the Industrial Commission of Ohio be, and hereby is, granted.

The appeal of Stoneridge, Inc. remains pending.

**98–1216. State ex rel. Fraley v. Indus. Comm.**

Franklin App. No. 97APD06–743. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due August 31, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**98–1484. State ex rel. Mills v. Indus. Comm.**

Franklin App. No. 97APD07–934. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–1532. State ex rel. Farley v. McIntosh.**

Montgomery App. No. 16682. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.